1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN K. DELANEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

FILED

AUG 11 2014

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,              CASE NO. 1:14-CR-00148 LJO SKO
11
                        Plaintiff,        STIPULATION REGARDING PROTECTIVE
12                                         ORDER AND ORDER
                 v.
13
   EDI YUMUE VEGA BUSTAMANTE ,
14 .

15                       Defendants.

16

17 The parties to this action, by and through their respective counsel, stipulate and agree as follows:

18     1. Electronic surveillance was conducted in connection with the investigation in this case No.

19 1:14-CR-00148 LJO SKO. Accordingly, numerous documents were filed with the Court, under seal,

20 relating to the electronic surveillance.

21     2. Persons who have not been charged in any criminal conduct, but who were identified in the

22 documents filed with the court regarding the electronic surveillance and/or whose communications were

23 intercepted have privacy interests.

24     3. The government has discovery obligations to the defendants with regard to documents filed

25 with the Court and the intercepted communications.

26     4. Disclosure by the government will implicate the privacy interest of the persons mentioned in

27 paragraph 2 above.

28     5. Therefore, the parties and defense counsel, including but not limited to defense counsels staff,

                                    1

1  investigators, and outside assistants, shall not disclose the contents of the documents released by the

2  government through discovery except as necessary for investigative work for the prosecution or for the

3  presentation of defenses in this case.

4      6. The documents filed with the Court in connection with the electronic surveillance in this case

5  shall remain sealed form the general public.

Dated: August 81, 2014                          Respectfully submitted,
                                                Benjamin Wagner
                                                United States Attorney


                                       By:      /s/ Brian K. Delaney
                                                BRIAN K. DELANEY
                                                Assistant U.S. Attorney


Dated: August 8, 2014                           /s/ James Homola
                                                JAMES HOMOLA
                                                Attorney for Defendant
                                                EDI YUNUE VEGA BUSTAMANTE

2

1              ORDER

2

3   Pursuant to the stipulation of the parties set forth above, IT IS HEREBY ORDERED:

4        1. The United States Attorney may provide as discovery in this case all court documents filed in

5   connection with the electronic surveillance the intercepted communications themselves.

6        2. The parties and defense counsel, including but not limited to defense counsels staff,

7   investigators, and outside assistants, shall not disclose the contents of the documents release by the

8   government through discovery except as necessary for investigative work for the prosecution or

9   presentation of defenses in this case.

10        3. The documents filed with the Court in connection with the electronic surveillance in this case

11   shall remain sealed from the general public.

12

13        IT IS SO ORDERED.

14

15

16   Dated:   Aug  8, 2014

17                                    LAWRENCE J. O'NEILL
                                     U.S. DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28